1   BRUCE C. YOUNG, ESQ., Bar #5560
    LITTLER MENDELSON
2   3960 Howard Hughes Parkway, Suite 300
    Las Vegas, NV  89169-5937
3   Telephone:    702.862.8800
    Fax No.:      702.862.8811
4   E-mail:       byoung@littler.com

5   Attorneys for Defendant
    CAMPUS VILLAGE LLC

6

7

8                   UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10

11  JOHN MEGGS, Individually,              Case No. 2:14-cv-01202-JCM-NJK

12              Plaintiff,

13  vs.                                    **JOINT MOTION FOR APPROVAL OF
                                           SETTLEMENT AGREEMENT AND
14  CAMPUS VILLAGE LLC, a Nevada           RELEASE AND FOR DISMISSAL WITH
    Limited Liability Company,             PREJUDICE**

15
                Defendant.
16

17      Plaintiff JOHN MEGGS ("Plaintiff") and Defendant CAMPUS VILLAGE ("Defendant")

18  (Plaintiff and Defendant shall be referred to collectively as the "Parties"), by their undersigned

19  counsel, jointly move for the entry of an Order approving the parties' Settlement Agreement and

20  Release (attached as **Exhibit 1**, hereto), retaining jurisdiction only as necessary to enforce the

21  Settlement Agreement, and otherwise dismissing this action with prejudice.

22                  <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

23      Plaintiff initiated this suit for injunctive relief and damages under Title III of the Americans

24  with Disabilities Act ("ADA").  *See* **[Dkt. #1]**.  Plaintiff alleged there were architectural barriers

25  existing at Defendant's commercial property that constituted violations of the Americans With

26  Disabilities Act and that unlawfully limited the Plaintiff's access to that property.  Defendant filed an

27  Answer **[Dkt. #10]** denying the allegations of the Plaintiff's Complaint and raising affirmative

28  defenses to Plaintiff's claim.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    The parties have now reached an agreement to voluntarily resolve all of the issues raised in
2    the litigation as reflected in the attached Settlement Agreement and Release (**Exhibit 1**).
3    Accordingly, the parties now move for the entry of the attached, proposed Order (**Exhibit 2**)
4    approving the settlement and dismissing this action with prejudice.

5    Particularly in litigation arising under Title III of the ADA, there is a clear policy in favor of
6    encouraging and approving settlements. Thus, where judicial approval of settlements is sought or
7    required, the Court's approval should be given so long as the settlement is fair, adequate and
8    reasonable, and is not the product of collusion between the parties. *Bennett v. Behring Corp.*, 737
9    F.2d 982 (11th Cir. 1984).

10   In this case, the Court should approve the parties' Settlement Agreement and Release.
11   Defendant has agreed to make numerous structural modifications to provide greater accessibility for
12   disabled patrons, even though disputing the allegations that the property was otherwise inaccessible
13   or that such modifications are "readily achievable," and with no such finding of liability having been
14   made. Moreover, the settlement reached is the most efficient and effective means to allow Plaintiff
15   and others similarly situated continued access to the property. In addition, the Settlement Agreement
16   provides a simple scheme for addressing any additional or similar issues that might arise in the
17   future.

18   The Settlement Agreement and Release is also reasonable. The Settlement Agreement and
19   Release was reached after arms-length negotiations between counsel experienced in ADA Title III
20   matters. The Settlement Agreement and Release also provides the greatest degree of uniformity in
21   maintaining consistent solutions to accessibility and modification issues at the property. Finally, the
22   Settlement Agreement and Release avoids the risks inherent in further litigation for both sides, the
23   costs of continuing the litigation, and the delay in achieving such results. In light of the benefits to
24   the parties offered by the Settlement Agreement and Release, as opposed to the expense, delay and
25   risk entailed in further litigation, it is respectfully submitted the Court should approve the Settlement
26   Agreement and Release.

27   . . .

28   . . .

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

WHEREFORE, the parties jointly request the Court to review their Settlement Agreement and Release and enter the attached proposed Order approving the Settlement Agreement and Release and otherwise dismissing this action with prejudice.

Dated: January 6, 2015

Respectfully submitted,

_____
BRUCE C. YOUNG, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

Dated: January 6, 2015

Respectfully submitted,

/s/ Robert Spretnak, Esq.
_____
ROBERT SPRETNAK, ESQ.
LAW OFFICES OF ROBERT SPRETNAK

Attorneys for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____January 7, 2015_____

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

# EXHIBIT "1"

# EXHIBIT "1"

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN MEGGS,

            Plaintiff,

vs.                           Case No. 2:14-cv-01202-JCM-NJK

CAMPUS VILLAGE LLC,

            Defendant.

## SETTLEMENT AGREEMENT AND RELEASE

    This Settlement Agreement and Release ("Agreement"), is entered into by and between Plaintiff, John Meggs, and Defendant, Campus Village LLC, on the date last executed below ("Effective Date").

    WHEREAS, Campus Village is the owner/lessor of the property located at 4440 South Maryland Parkway and 1220 E. Harmon Road, in Paradise, Nevada 89119 (hereinafter collectively referred to as "the Premises"), and leases the Premises to several different tenants that operate independent retail businesses on the Premises; and

    WHEREAS, Plaintiff has sued Campus Village and claimed that there are architectural barriers existing at the Premises that constitute violations of the Americans with Disabilities Act as amended ("ADA") and of Nevada Revised Statutes §651.070, and that unlawfully limit Plaintiff's access to the Premises ("Lawsuit");

    WHEREAS, Campus Village has denied the allegations in the Lawsuit and raised defenses thereto; and

46B-NV

NOW THEREFORE, the Parties wishing to mutually resolve all matters in dispute, and without any admission of liability or wrongdoing, have agreed to the following terms and conditions:

A.      Modifications to the Premises

Campus Village agrees to modify the Premises by addressing each of the violations specifically alleged in Paragraph 10 of the Complaint and, as to those specific violations, modifying the Premises as necessary to bring those elements into compliance with the 2010 ADA Accessibility Standards. *Provided*, that if within the one year term of this Settlement Agreement Campus Village or the tenants occupying the property cease, in whole or in part, operating places of public accommodation at the Premises, then no such modifications shall be required as to those portions of the Premises that are no longer operating as places of public accommodation.

Plaintiff shall not assert that Campus Village nor any other person or entity, including the tenants, shall have any further obligation to make additional or different modifications to the Premises.   All alterations, modifications, and policies required by this Agreement shall be completed by Campus Village within one year from the effective date of this Agreement.   The Parties agree that any delays in making the Modifications to the Premises caused by third parties, including but not limited to the tenants, construction contractors, or city building officials, inspectors, or permitting departments, will not be deemed to render compliance untimely so long as Campus Village makes a good faith effort to effect implementation as soon as reasonably possible thereafter.

Upon completion and within the time frame provided herein to complete the Modifications, Campus Village shall provide Plaintiff, through his counsel, written notice of said

- 2 -

completion.  Upon receipt of such notice, Plaintiff shall have six (6) months to make inspection

of the Premises to verify the Modifications have been properly completed.

**B.      Release**

For and in consideration of the covenants contained herein, and in consideration of the

total payment described in Section C below, Plaintiff and his successors, assigns, heirs, agents,

attorneys, and any other person claiming by or through any of the foregoing persons or otherwise

purporting to represent Plaintiff, hereby release, acquit and forever discharge Campus Village, its

agents, employees, contractors, independent contractors, consultants, experts, heirs, executors,

officers, successors-in-interest, shareholders, directors, attorneys, insurers, indemnitors,

predecessors, assignees, insurers, franchisors, subsidiaries, affiliates, partners, managers,

members, and/or administrators, of and from any and all past, present, and future rights, actions,

causes of actions, claims, allegations, demands, damages, costs, expenses, attorney fees (alleged

or incurred), penalties, liens, and liabilities relating in any way to the Premises, including but not

limited to, those specifically alleged by Plaintiff in the Lawsuit.

**C.      Payment of Costs and Attorneys' Fees**

Campus Village shall cause to be paid to Plaintiff's counsel, Fuller, Fuller & Associates,

P.A. and The Law Offices of Robert P. Spretnak an amount in complete satisfaction of Plaintiff's

claims for attorneys' fees, litigation expenses and expert fees, and costs incurred in this matter to

date and to be incurred in the future in connection with finalizing this Agreement, including

obtaining Court approval of this Agreement and dismissal of the Lawsuit.  The amount to be paid

shall be determined by agreement of counsel for the Parties but if no agreement is reached, then

the amount will be determined by the Court ("Settlement Payment").  The Settlement Payment

shall be paid to Plaintiff's counsel in the form of a check, payable to "Fuller, Fuller &

- 3 -

Associates, P.A." and conditioned upon an executed IRS Form W-9 from Fuller, Fuller & Associates, P.A., being provided to Campus Village prior to payment.  Payment shall be delivered to Plaintiff's counsel within ten (10) business days of the date the Court enters an Order approving this Settlement Agreement and dismissing the Lawsuit, with prejudice.  The Settlement Payment compensates Plaintiff, John Meggs for any and all claims, whether monetary and/or non-monetary, including all the claims released in Section B above, and any future claims for attorneys' fees, costs, and/or other expenses, whether known or unknown, with the exception of attorney's fees, costs or expenses incurred in any action to enforce this Agreement.

D.     No Admission

This Agreement, and the agreement of Campus Village to make the Modifications, is not and shall not be construed as an admission by Campus Village, its tenants nor any person or entity acting on their behalf, of any liability or any act of wrongdoing.

E.     Court Approval/Dismissal of Lawsuit

Upon the execution of this Agreement, the Parties hereby agree and will request the Court to adopt and approve the terms of this Agreement, reserve jurisdiction to enforce this Agreement, and to otherwise dismiss with prejudice all claims which were or could have been brought in the Lawsuit.  This Agreement shall become effective only when approved by the Court and when the Lawsuit is otherwise dismissed with prejudice.

F.     Successors & Assigns

This Agreement shall be binding upon and inure to the benefit of the parties to this Agreement and their respective predecessors, successors and/or assigns.

DATED: __12 - 18 - 14__                          _____
                                                John Meggs

- 4 -

Firmwide:130433174.3 082024.1001

By: Campus Village LLC
a Nevada limited liability company

By: American Nevada Company, LLC
a Nevada limited liability company

DATED: 12·22·14

By: _____
Phillip N. Ralston
Its:   President

By: Campus Village Manager Corporation
a Nevada corporation

DATED: 12 - 23 -14

By: _____
Michael A. Saltman
Its:    President

**APPROVED AS TO FORM:**

DATED: _____

_____
Robert Spretnak, Esq.
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Attorneys for Plaintiff

DATED: 12/23/14

_____
Bruce C. Young, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
(702) 862-8800
Attorneys for Campus Village

-5-

Campus Village

DATED: _____          By:_____

                                  Its:_____


                                  **APPROVED AS TO FORM:**

DATED: 12/22/2014                 _____
                                  Robert Spretnak, Esq.
                                  8275 S. Eastern Avenue, Suite 200
                                  Las Vegas, NV 89123
                                  Telephone: 702.454.4900
                                  Attorneys for Plaintiff


DATED: _____          _____
                                  Bruce C. Young, Esq.
                                  Littler Mendelson, P.C.
                                  3960 Howard Hughes Parkway, Suite 300
                                  Las Vegas, NV  89169-5937
                                  (702) 862-8800
                                  Attorneys for Campus Village

- 5 -

# EXHIBIT "2"

# EXHIBIT "2"

1   BRUCE C. YOUNG, ESQ., Bar #5560
     LITTLER MENDELSON, P.C.
2   3960 Howard Hughes Parkway, Suite 300
     Las Vegas, NV 89169-5937
3   Telephone:    702.862.8800
     Fax No.:       702.862.8811
4
     Attorneys for Defendant
5   CAMPUS VILLAGE LLC

6

7

8                **UNITED STATES DISTRICT COURT**

                  **DISTRICT OF NEVADA**

9

10   JOHN MEGGS, Individually,         Case No. 2:14-cv-01202-JCM-NJK

11            Plaintiff,

12   vs.                              **ORDER GRANTING JOINT**
                                  **MOTION FOR APPROVAL OF**
13   CAMPUS VILLAGE LLC, a Nevada     **SETTLEMENT AGREEMENT AND**
     Limited Liability Company,            **RELEASE AND FOR DISMISSAL WITH**
14                                    **PREJUDICE**

15            Defendant.

16

17         THIS CAUSE having come before the Court upon the Parties' Joint Motion for Approval of

Settlement Agreement and Release and for Dismissal With Prejudice, it is hereby
18

19         ORDERED, ADJUDGED and DECREED that the Joint Motion for Approval of Settlement

Agreement and Release and for Dismissal With Prejudice is granted and the parties' Settlement
20

Agreement is approved. The Court reserves jurisdiction only as necessary to enforce the terms of the
21

Settlement Agreement and Release. Otherwise, this action, and each claim which was or could have
22

been brought therein, is dismissed with prejudice, without an award of costs or attorney's fees to any
23

party by this Court.
24          **IT IS SO ORDERED.**

25                   _James C. Mahan_
                  UNITED STATES DISTRICT JUDGE
26

27                 January 7, 2015
         Dated:_____
28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800